# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE FRAZIER, | ) |
| | ) Civil Action No. 2:19-cv-0165 |
| Petitioner, | ) |
| | ) United States District Judge |
| v. | ) Robert J. Colville |
| | ) |
| PENNSYLVANIA BOARD OF PROB. & | ) |
| PAROLE, WARDEN OF SCI ALBION, | ) |
| AND THE ATTORNEY GENERAL OF | ) |
| THE STATE OF PENNSYLVANIA, | ) |
| | ) |
| Respondents. | ) |

## ORDER

**AND NOW**, this ___ day of March, 2020, for the reasons set forth in the accompanying Memorandum Opinion, the Report and Recommendation (Document No. [16]) is approved, the Petition for Writ of Habeas Corpus is **DENIED**. A certificate of appealability is also **DENIED**.

**IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

_____
Robert J. Colville
United States District Judge

1

cc: EUGENE FRAZIER
HL-5577
SCI Albion
10745 Route 18
Albion, PA 16475
(via U.S. First Class Mail)

Timothy P. Keating
PA Board of Probation and Parole
(via CM/ECF electronic notification)